No. 86–6325.   PERRY *v.* GRESK ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–6327.   HOOVER *v.* GARFIELD HEIGHTS MUNICIPAL COURT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–6328.   BEEZLEY *v.* FREMONT INDEMNITY CO. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–6332.   DUNHAM *v.* TAR HEEL CONTAINER CORP.   C. A. 4th Cir.   Certiorari denied.

No. 86–6333.   PERRY *v.* ASTRIKE ET AL.   Ct. App. Ind.   Certiorari denied.

No. 86–6338.   JACKSON *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND CORRECTIONAL DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–6339.   CARLOCK *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 86–6340.   ADAMS ET AL. *v.* DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, HUNT CORRECTIONAL CENTER.   Sup. Ct. La.   Certiorari denied.

No. 86–6344.   REED *v.* CARLSON.   C. A. D. C. Cir.   Certiorari denied.

No. 86–6348.   WILLIAMS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 86–6349.   MORGAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–6352.   SAMMONS *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 86–6353.   MUNFORD *v.* HAWAII.   Sup. Ct. Haw.   Certiorari denied.